**Order entered April  22, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-19-01188-CV

---

### IN RE BRIAN POTASHNIK, Relator

---

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-08-2072-E**

---

### ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

In accordance with the Court's opinion of this date, the petition for writ of mandamus is **DENIED IN PART and CONDITIONALLY GRANTED IN PART**.  We **DENY** the petition with respect to the trial court granting real party in interest's motion to compel net–worth discovery.  We **CONDITIONALLY GRANT** the petition with respect to (1) the request to produce tax returns, (2) the interrogatories and requests for production that do not relate to net worth as set forth in the Court's opinion of this date, and (3) the interrogatories and requests for production that seek multiple years of information as set forth in the Court's opinion of this date. The Court **ORDERS** the trial court to modify the September

6, 2019 Order Granting Jeff Carpenter's Motion to Compel Brian Potashnik to Provide Net–Worth Discovery consistent with the Court's opinion of this date. Should the trial judge fail to comply, the writ will issue.

The Court **ORDERS** the trial judge to file with this Court, within thirty days of the date of this order, a certified copy of its modified order issued in compliance with this order. We **ORDER** the parties to bear their own costs of this original proceeding.

We **LIFT** the stay imposed by this Court's order dated September 26, 2019.

/s/ BILL PEDERSEN, III
   JUSTICE